STEPHANIE M. HINDS (CABN 154284)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Jonathan.Lee@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 21-123 HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO EXCLUDE TIME FROM MAY 17, 2021 TO JUNE 21, 2021 UNDER THE SPEEDY TRIAL ACT** |
| RANBIR SINGH, | ) |
| Defendant. | ) |

STIPULATION AND ORDER
CR 21-123 HSG

1     The parties appeared for an initial status conference on May 17, 2021. As discussed on the record, the parties submit this stipulation and proposed order to exclude time under the Speedy Trial Act.

    The parties agree and jointly request that the time from May 17, 2021 to June 21, 2021 be excluded from the Speedy Trial Act. As noted on the record, the government recently produced discovery to defense counsel and defense counsel noted that to review the discovery, certain protocols must be observed, making the discovery review more time-consuming. In addition, defense counsel will be out of the office for a brief period before the next calling of the case. For defense counsel's effective preparation and for continuity of counsel, the parties requested that the Court set a further status conference on June 21, 2021.

    In light of the foregoing, the parties stipulate and agree that excluding time from May 17, 2021 to June 21, 2021 will allow for the effective preparation of counsel and for continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice are served by excluding the time from May 17, 2021 to June 21, 2021, from computation under the Speedy Trial Act, and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

Dated: May 17, 2021

                                           /s/
                                      JEROME MATTHEWS
                                      Attorney for RANBIR SINGH

Dated: May 17, 2021

                                           /s/
                                      JONATHAN U. LEE
                                      Assistant United States Attorney
                                      Attorney for the UNITED STATES OF AMERICA

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time between May 17, 2021 to June 21, 2021 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice are served by excluding the time between May 17, 2021 to June 21, 2021, from computation under the Speedy Trial Act and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 17, 2021 to June 21, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____5/18/2021_____          _____
                                         HONORABLE HAYWOOD S. GILLIAM, JR.
                                         United States District Court Judge