|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 21-CR-00123 HSG |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| RANBIR SINGH, | ) |
| Defendant. | ) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On January 5, 2022, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- Dell XPS # M-1730 Laptop Computer, Serial Number S00144-447-869-560; and
- Apple iPhone.

pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 3/25/2022

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge