# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Appellee,<br><br>　　vs.<br><br>RANBIR SINGH,<br><br>　　　　Appellant. | U.S.C.A. No.: 22-10331<br>U.S.D.C.No.:  CR-21-00123-HSG<br><br>**ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL** |

　　　The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

　　　IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

　　　　　Steven G. Kalar
　　　　　1569 Solano Ave., #312
　　　　　Berkeley, CA 94707
　　　　　(415)295-4675
　　　　　Steven@Kalarlaw.com

　　　　　*/s/ Haywood S. Gilliam Jr.*
　　　　　Appointing Judge: Hon. Judge Haywood S. Gilliam, Jr.

| 2/7/2023 | 2/3/2023 |
|---|---|
| Date of Order | Nunc Pro Tunc Date |