1  DAVID L. ANNICCHIARICO (Bar No. 247544)
   Law Office of David L. Annicchiarico
2  584 Castro Street, Suite 654
   San Francisco, California 94114
3  (415) 948-5576
   WriteToDavidA@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: 4:21-cr-00123-HSG-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO RELEASE SEALED TRANSCRIPT TO DEFENDANT'S COUNSEL ONLY |
| RANBIR SINGH, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that counsel for the defense shall be permitted to order preparation and copies of the transcript of proceedings on October 5, 2022, which the Court has ordered sealed, for viewing by defendant Ranbir Singh's attorneys and/or agents. The sealed portions of the transcripts shall be filed under seal and shall remain under seal, and a copy thereof shall not be provided or made available to the prosecution or the public without further order of the Court.

Dated: 3/8/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

3